E-FILED
Wednesday, 11 October, 2017  03:26:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| FAITH McRAE BECKHART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 4:17-cv-04274-SLD-JEH |
| | * | |
| LIBERTY LIFE ASSURANCE | * | |
| COMPANY OF BOSTON; and | * | |
| YELP, INC. PLAN, | * | |
| | * | |
| Defendants. | * | |

**PROOF OF MAILING OF NOTICE OF LAWSUIT
AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

Plaintiff, Faith McRae Beckhart ("Beckhart"), pursuant to CDIL-LR 4.1, hereby provides the following proof that she has sent written notice of the lawsuit and requests for waiver of service of summons upon all named defendants.

By agreement with counsel for Liberty Life Assurance Company of Boston, a copy of the lawsuit and request for waiver of service of summons was sent to Alexis E. Pool, Wilson Elser Moskowitz Edelman & Dicker LLP, 55 West Monroe Street, Suite 3800, Chicago, IL 60603-5001, via USPS Certified Mail, Article Number 7017 1000 0000 9442 0049, which correspondence was mailed on October 9, 2017 and delivered on October 11, 2017.

As to Yelp., Inc. Plan, a copy of the lawsuit and request for waiver of service of summons was sent to Yelp, Inc. Plan c/o National Registered Agents Inc., 208 South LaSalle St., Suite 814, Chicago, IL 60604, via USPS Certified Mail, Article Number 7017 1000 0000 9442

0056, which correspondence was mailed on October 9, 2017 and arrived at its unit and became available for pickup on October 11, 2017.

DATED this 11th day of October, 2017.

Respectfully submitted,

*/s/* Michael J. Hoover
Michael J. Hoover
LA Bar 35497
Lead Counsel and Trial Attorney
Interpleader Law, LLC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Phone: (225) 246-8706
Fax: (888) 200-3530
Email: michael.hoover@interpleaderlaw.com

*Attorney for Faith McRae Beckhart*